# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN**

UNITED STATES OF AMERICA  HEARING: **R5/R40**  CASE #: **12mj618**

-vs-  DATE: **9-21**  TIME: **11:00 Am**

**Tomo Duhanaj**  TYPE: FTR RECORDER  DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: **S. Fitzgerald**

COUNSEL FOR THE DEFENDANT: **w/o**

INTERPRETER: _____  LANGUAGE: _____

( X ) DEFENDANT APPEARED:   (   ) WITH COUNSEL   ( X ) WITHOUT COUNSEL

(   ) DEFENDANT FAILED TO APPEAR   (   ) WARRANT TO BE ISSUED

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____   (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: **Deft. confirmed that he is the person named in the indictment. Deft. requests to be transferred back to Michigan for hearings.**

**CONDITIONS OF RELEASE:**
($     ) UNSECURED ($     ) SECURED (   ) PTS (   ) 3ʳᴰ PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

(   ) RELEASE ORDER GIVEN TO USMS
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS **to be transported to Michigan.**
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION/SUPERVISEDRELEASE

**NEXT COURT APPEARANCE:** _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R5